355 U.S. 368
 78 S.Ct. 363
 2 L.Ed.2d 352
 Jeremiah REEVES, Jr., petitioner,
v.
STATE OF ALABAMA.
 No. 66.
 Supreme Court of the United States
 January 13, 1958
 
 Messrs. Peter A. Hall and Orzell Billingsley, Jr., for petitioner.
 Messrs. William F. Thetford and Robert B. Stewart (Messrs. John Patterson, Atty. Gen. of Alabama and Bernard F. Sykes, Asst. Atty. Gen., on the brief), for respondent.
 On writ of certiorari to the Supreme Court of Alabama.
 PER CURIAM.
 
 
 1
 The writ of certiorari is dismissed as improvidently granted.
 
 
 2
 Mr. Justice DOUGLAS dissents.